ED G. NELSON et al., Appellants and Respondents, *v.* MILLS MUSIC, INC., Respondent and Appellant, and " JANE " PEASE, as Executrix of HARRY PEASE, Deceased, Impleaded Defendant, Appellant and Respondent.

Submitted October 6, 1952; decided October 9, 1952.

*Theodore R. Kupferman* and *Samuel Jesse Buzzell* for motion. *Abner Greenberg* opposed.

Motion granted and cross appeal dismissed, with costs and $10 costs of motion.